**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6777**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE ALLEN WARD,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Henry C. Morgan, Jr., District Judge.  (CR-94-70-4, CA-97-49-4)

─────────────

Submitted:  August 24, 2000          Decided:  August 30, 2000

─────────────

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

George Allen Ward, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Allen Ward seeks to appeal the district court's order denying his motions for downward departure and for relief from judgment under Fed. R. Civ. P. 60(b), which the district court construed as a second or successive motion under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Ward, Nos. CR-94-70-4; CA-97-49-4 (E.D. Va. Apr. 7, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED